UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re Application of<br><br>COMODO HOLDINGS LIMITED<br><br>Applicant<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence from DAVID UNTRACHT for Use in a Foreign Proceeding | No. 18-13755<br><br><br>**ORDER** |

THIS MATTER having been brought by Applicant Comodo Holdings Limited ("Comodo"), through its attorneys, Lowenstein Sandler LLP, on an application pursuant to 28 U.S.C. § 1782 (the "Application"); and the Court having considered the papers submitted in support thereof; and for good cause shown;

IT IS on this 11th day of October 2018, hereby:

**ORDERED** that Comodo's Application seeking discovery from David Untracht for use in a foreign proceeding captioned *Comodo Holdings Ltd. v. Renaissance Ventures Ltd. and Joseph Katz, as Executor for the Estate of the late Eric D. Emanuel deceased* (the "BVI Action") pursuant to 28 U.S.C. § 1782 is hereby GRANTED; it is

**FURTHER ORDERED** that Comodo is authorized to issue the subpoena in the form attached as Exhibit M to the Declaration of Matthew M. Oliver, seeking the production of documents from David Untracht; it is

**FURTHER ORDERED** that counsel for Comodo is hereby appointed to receive documents related to all discovery conducted by Comodo pursuant to this Order; it is

23883/4
09/10/2018 50976613.1

**FURTHER ORDERED** that all discovery conducted by Comodo pursuant to this Order shall be conducted in accordance with the Federal Rules of Civil Procedure; and it is

**FURTHER ORDERED** that Comodo shall serve copies of this Order and the subpoena issued pursuant to this Order on the other parties in the BVI Action.

_____
Hon. John Michael Vazquez
United States District Judge