**STEWART OCCHIPINTI LLP**
Frank S. Occhipinti
focchipinti@somlaw.com
2137 State Highway 35, 3rd Floor
Holmdel, New Jersey 07733
(212) 239-5500

*Attorney for Intervenor Joseph Katz*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Application of<br><br>COMODO HOLDINGS LIMITED<br><br>Applicant<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence from DAVID UNTRACHT for Use in a Foreign Proceeding | Case No. 2:18-CV-13755-JMV<br><br>**CERTIFICATION OF CHRISTOPHER D. KERCHER, ESQ., IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Christopher D. Kercher, hereby certify and state:

      1.     I am an attorney-at-law in the state of New York and am a partner of the firm Quinn Emanuel Urquhart & Sullivan LLP, attorneys for Intervenor Joseph Katz, as Executor to the Estate of Eric D. Emanuel, in the above-captioned matter.  I make this certification in support of my application for the admission as counsel *pro hac vice* in this matter.

      2.     I was admitted to the State Bar of New York in 2005 and I am a member in good standing of that Bar.  There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

3.      The name and address of the official or office maintaining the roll of the State Bar of New York is:

>   New York State Unified Court System
>   Office of Court Administration
>   25 Beaver Street - Rm. 852
>   New York, NY 10004

4.      If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings.

5.      If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 2, 2019

_____
Christopher D. Kercher
Bar No.: 4328118