UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Application of<br><br>COMODO HOLDINGS LIMITED<br><br>Applicant<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence from DAVID UNTRACHT for Use in a Foreign Proceeding | Case No. 2:18-CV-13755-JMV<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Lauren A. Valle of Stewart Occhipinti, LLP hereby enters an appearance on behalf of Joseph Katz, as Executor of the Estate of Eric D. Emanuel.

Dated: January 2, 2019

STEWART OCCHIPINTI, LLP

By: _____
Lauren A. Valle
lvalle@somlaw.com
2137 State Highway 35, 3rd Floor
Holmdel, New Jersey 07733
Tel.:  (732) 497-6505
Fax:  (732) 872-8520

*Attorneys for Joseph Katz, as Executor of the Estate of Eric D. Emanuel*