**STEWART OCCHIPINTI LLP**
Frank S. Occhipinti
focchipinti@somlaw.com
2137 State Highway 35, 3rd Floor
Holmdel, New Jersey 07733
732-497-6505

*Attorney for Intervenor Joseph Katz*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Application of<br><br>COMODO HOLDINGS LIMITED<br><br>Applicant<br><br>Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence from DAVID UNTRACHT for Use in a Foreign Proceeding | Case No. 2:18-CV-13755-JMV<br><br>[PROPOSED] **ORDER ADMITTING CHRISTOPHER D. KERCHER, ESQ.** *PRO HAC VICE* |

This matter having been brought before the Court by Frank S. Occhipinti, Esq. of Stewart Occhipinti LLP, attorneys for Intervenor Joseph Katz, as Executor of the Estate of Eric D. Emanuel, on application for an order allowing Christopher D. Kercher, Esq. to appear and participate *pro hac vice*, and the Court having considered the moving papers, this matter being considered, and, for good cause shown;

IT IS on this ___15th___ day of ___May___, 2019,

**ORDERED** that Christopher D. Kercher, Esq., a member of the State Bar of New York (admitted 2005), be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and, it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by attorneys of record for Intervenor, Frank S. Occhipinti, Esq., who is fully admitted in this Court, or another member of Stewart Occhipinti LLP or Quinn Emanuel Urquhart &

Sullivan LLP who is a member in good standing of the bar of the State of New Jersey and of the United States District Court for the District of New Jersey, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and, it is further

**ORDERED** that Christopher D. Kercher, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order and for any year in which the admitted counsel represents a client in a matter pending in this Court; and, it is further

**ORDERED** that Christopher D. Kercher, Esq. shall pay the *pro hac vice* admission fee to this Court pursuant to L. Civ. R. 101.1(c)(3) within twenty (20) days from the dated entry of this Order; and, it is further

**ORDERED** that Christopher D. Kercher, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and, it is further

**ORDERED** that Christopher D. Kercher, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. John Michael Vazquez