**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                      **DATE:** May 20, 2019
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                      **DOCKET # 18-13755 & 19-436**
Comodo Holdings
        vs.
Untracht, et al.

**APPEARANCES:**

Matthew Oliver, Esq, for plaintiff
Christopher Kercher, Esq. for defendant Mr. Katz and the Estate
Lauren Valle, Esq. for defendant Mr. Katz an the Estate

**Nature of Proceedings**:     STATUS CONFERENCE held on the record

Status conference held.
Court will be holding a hearing on 5/28/19 at 11:00 a.m.

**Time Commenced: 2:00**
**Time Adjourned: 2:30**
**Total Time:  30 min**

                                                  RoseMarie Olivieri
                                                  SENIOR COURTROOM DEPUTY