**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 28, 2019
**JUDGE: JOHN MICHAEL VAZQUEZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET # 18-13755 & 19-436**
Comodo Holdings
        vs.
Untracht, et al.

**APPEARANCES:**

Matthew Oliver, Esq, for plaintiff
Jarrett R. Schindler
Christopher Kercher, Esq. for defendant Mr. Katz and the Estate
Lauren Valle, Esq. for defendant Mr. Katz and the Estate
Molly K. Webster, Esq. for defendant Mr. Katz and the Estate

**Nature of Proceedings**:     Hearing held on the record

Hearing held regarding motion/application to re-open and intervene.
Order to issue.

**Time Commenced: 11:00**
**Time Adjourned: 12:30**
**Total Time:  1:30**

                                             RoseMarie Olivieri
                                             SENIOR COURTROOM DEPUTY