Jarrett R. Schindler, Esq.
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 422-6756
jschindler@lowenstein.com
*Counsel for Comodo Holdings Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re Application of* : | |
| : | |
| COMODO HOLDINGS LIMITED : | Civil Action No. 2:18-13755 (JMV) |
| : | |
| *Applicant,* : | |
| : | **NOTICE OF APPEARANCE** |
| Pursuant to 28 U.S.C. § 1782 for : | |
| Judicial Assistance in Obtaining : | |
| Evidence from DAVID UNTRACHT : | |
| for Use in a Foreign Proceeding. : | |
| : | |

**PLEASE TAKE NOTICE** that Jarrett R. Schindler, Esq., an attorney of the law firm

Lowenstein Sandler LLP, hereby enters his appearance as counsel for Plaintiff Comodo Holdings

Limited and respectfully requests that all pleadings and Notices of Electronic Filing in this case

be served upon him accordingly.

Dated: May 29, 2019                    /s/ Jarrett R. Schindler
                                        Jarrett R. Schindler, Esq.
                                        LOWENSTEIN SANDLER LLP
                                        One Lowenstein Drive
                                        Roseland, New Jersey 07068
                                        (973) 422-6756
                                        jschindler@lowenstein.com

                                        *Counsel for Plaintiff Comodo Holdings Limited*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Jarrett R. Schindler, Esq., being of full age, hereby certify as follows:

1.       I am an associate of the law firm Lowenstein Sandler LLP, counsel for Plaintiff in the above-captioned matter.

2.       I hereby certify that on May 29, 2019, a true and correct copy of this Notice of Appearance was filed electronically with the United States District Court for the District of New Jersey through the Court's CM/ECF System.

3.       Pursuant to Local Civil Rule 5.2 and Rule 14(b)(1) of this Court's ECF Policies and Procedures, the Notice of Electronic Filing constitutes service on all parties.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 29, 2019                                        /s/ Jarrett R. Schindler_____
                                                              Jarrett R. Schindler, Esq.
                                                              LOWENSTEIN SANDLER LLP